IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WANDA J. HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 13-cv-4443 |
| | ) | |
| CITY OF CHICAGO BOARD OF EDUCATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff, Wanda Harris, by and through her attorneys, Barney & Karamanis, LLP, respectfully requesting that this Honorable Court grant Plaintiff an extension of time to respond to Defendant's Motion for Summary Judgment. In support of her Motion, Plaintiff states as follows:

1. On February 23, 2015, the Court granted Plaintiff's request and granted Plaintiff leave to file her response on February 23, 2015.

2. In finalizing Plaintiff's Rule 56.1 Fact Response to Defendant's Motion and Response to Defendant's Motion for Summary Judgment, Plaintiff has been unable to compile all the exhibits and ensure all appropriate redactions have been made in those exhibits by midnight on February 23, 2015.

3. Plaintiff requires an additional day to ensure all requirements have been complied with, and to scan, attach, and label all exhibits.

4. For these reasons, Plaintiff respectfully requests that this Honorable Court grant her up to and including February 24, 2015, to file her responses.

5. Plaintiff's counsel was unable to contact Defendant regarding this extension due to the unexpected delay, and it being after hours.

6. Defendant has already been granted up to and including April 14, 2015, for its reply.

WHEREFORE, Plaintiff, Wanda Harris, by and through her attorneys, Barney & Karmanis, LLP respectfully request that this Honorable Court grant Plaintiff's Motion for Extension to File her Response to Defendant's Motion for Summary Judgment, allow her until Februrary 24, 2015, to file its response

          Respectfully submitted,

          **WANDA HARRIS**

          By:___s/Kenneth A. Nazarian___
              One of Her Attorneys

James A. Karamanis
Kenneth A. Nazarian
Barney & Karamanis LLP
180 N. Stetson, Suite 3050
Two Prudential Plaza
Chicago, Illinois 60601
Tel.: 312/553-5300
Attorney No. 48525